Jason S. Vanacour (#022738)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jvanacour@swlaw.com
*Attorneys for Defendants Digital Speed Communications, Inc., Innovative Communications, Inc., Adam Pasternack, and Jane Doe Pasternack*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CONSUMER PROTECTION CORP, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOT STOCKS ON THE STREET, e*t al.*<br><br>Defendants. | No.<br><br>DEFENDANTS DIGITAL SPEED COMMUNICATIONS, INC.'S, INNOVATIVE COMMUNICATIONS, INC.'S, ADAM PASTERNACK'S, AND JANE DOE PASTERNACK'S NOTICE OF REMOVAL OF CIVIL ACTION<br><br>Maricopa County Superior Court Cause No. CV2008-021981 |

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441(a), 1446 and L.R.Civ. 3.7, Defendants Digital Speed Communications, Inc., Innovative Communications, Inc., Adam Pasternack, and Jane Doe Pasternack. ("Defendants") hereby remove to this Court the state court action described below on the following grounds:

1. On September 9, 2008, plaintiff Consumer Protection Corporation ("Consumer Protection"), an Arizona corporation, commenced this action in the Superior Court of the State of Arizona for the County of Maricopa, cause number CV2008-021981.

2. Defendants were served with a copy of the Summons and Complaint on November 3, 2008. Defendants have not yet filed an Answer or responsive pleading to the Complaint.

- 1 -

3. This Notice of Removal is filed within thirty days of Defendant's receipt via personal service of the Complaint in the Superior Court Action, as required by 28 U.S.C. § 1446(b).

4. This is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 and is removable pursuant to 28 U.S.C. §1441(a).

5. Plaintiff is an Arizona corporation with its principal place of business in Maricopa County, Arizona.  Defendant Digital Speed Communications, Inc. is a Pennsylvania corporation with its principal place of business in West Conshohocken, Pennsylvania.  Defendant Innovative Communications, Inc. is a Pennsylvania corporation with its principal place of business in West Conshohocken, Pennsylvania. Defendant Adam Pasternack is a resident of West Conshohocken, Pennsylvania.  Defendant Jane Doe [a.k.a. Alla] Pasternack is a resident of West Conshohocken, Pennsylvania.

7. The factual allegations set forth in the Complaint establish that the amount in controversy exceeds the minimal jurisdictional amount of $75,000, exclusive of interests and costs.

8. As a result, the State Action satisfies the jurisdictional requirements set forth in 28 U.S.C. §1332(a)(1) as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

9. Under 28 U.S.C. §§ 1446 and 1453, venue of this action is proper in the Court as the district and division within which the State Court Action was brought.

10. Defendants contemporaneously herewith file a Notice of Removed Action in the Superior Court of the State of Arizona for the County of Maricopa.  In accordance with 28 U.S.C. § 1446 (d) and LRCiv. 3.7, a copy of all process, pleadings and orders filed in the state court action are attached as Exhibit 1.

1 DATED this 3rd day of December, 2008.

2                          SNELL & WILMER L.L.P.

4                  By   s/Jason S. Vanacour
                         Jason S. Vanacour
                         One Arizona Center
                         400 East Van Buren
                         Phoenix, Arizona 85004-2202
                         *Attorneys for Defendants Digital Speed Communications, Inc., Innovative Communications, Inc., Adam Pasternack, and Jane Doe Pasternack*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF filing system and transmitted a copy via U.S. Mail to the following:

Peter Strojnik
The Law Firm of Peter Strojnik
3030 North Central Ave., Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff

Troy A. Wallin
Jason P. Thayn
Wallin Harrison PLC
1425 South Higley Rd., Suite 104
Gilbert, Arizona 85296
Attorney for Defendant
Playbox (US), Inc.

s/ Jason S. Vanacour

9321431.1

- 4 -