**SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

---

**1.     Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Hot Stocks on the Street | Defendant | Pro Per |
| Pathfinder Marketing Inc | Defendant | Pro Per |
| Gemini Market News Inc | Defendant | Pro Per |
| Playbox U S Inc | Defendant | Troy Wallin |
| Digital Speed Communications | Defendant | Jason S. Vanacour |
| Innovative Communications | Defendant | Jason S. Vanacour |
| Adam Pasternack | Defendant | Jason S. Vanacour |
| Jane Doe Pasternack | Defendant | Jason S. Vanacour |
| ABC Defendants 1-50 | Defendant | |
| Consumer Protection Corporation | Plaintiff | Peter Strojnik |

**2.     Jury Demand:**

Was a Jury Demand made in another jurisdiction?          ☒Yes          ☐No
If "Yes," by which party and on what date?

      Consumer Protection
      Corporation                        September 6, 2008

**3.    Answer:**

Was an Answer made in another jurisdiction?        ☒Yes      ☐No
If "Yes," by which party and on what date?

      Playbox US, Inc                  November 4, 2008

**4.    Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Consumer Protection Corporation | December 3, 2008 | U.S Mail |
| Playbox US, Inc | December 3, 2008 | U.S Mail |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Hot Stocks on the Street | Address Unavailable |
| Pathfinder Marketing Inc | Address Unavailable |
| Gemini Market News Inc | Address Unavailable |
| ABC Defendants 1-50 | Address Unavailable |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| None | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Reason for Change |
|---|---|
| None | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

9323620.1