|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| IN AND FOR THE DISTRICT OF ARIZONA | |

| | |
|---|---|
| CONSUMER PROTECTION CORPORATION, an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOT STOCKS ON THE STREET, a fictitiously named defendant whose true legal identity is not known by Plaintiff; PATHFINDER MARKETING, INC., a defendant whose true legal identity is not known by Plaintiff; GEMINI MARKET NEWS, INC., a defendant whose true legal identity is not known by Plaintiff; PLAYBOX (US), INC., a Nevada Corporation; DIGITALSPEED COMMUNICATIONS, a Pennsylvania Corporation; INNOVATIVE COMMUNICATIONS, a Pennsylvania Corporation; ADAM PASTERNACK a/k/a ADAM HARRIS PASTERNACK, an individual; JANE DOE PASTERNACK, an individual; ABC DEFENDANTS 1-50,<br><br>Defendants. | Case No. CV-08-2211-PHX-MHM<br><br>**ORDER GRANTING DEFENDANT PLAYBOX (US), INC.'S MOTION JOINING IN PART DEFENDANTS DIGITAL SPEED COMMUNICATIONS, INC.'S, INNOVATIVE COMMUNICATIONS, INC.'S, ADAM PASTERNACK'S AND ALLA PASTERNACK'S MOTIONS TO DISMISS** |

THE COURT having considered Defendant PlayBOX (US), Inc.'s Motion Joining in Part Defendants Digital Speed Communications, Inc.'s, Innovative Communications,

Inc.'s, Adam Pasternack's and Alla Pasternack's Motions to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Defendant PlayBOX (US), Inc.'s Motion Joining in Part Defendants Digital Speed Communications, Inc.'s, Innovative Communications, Inc.'s, Adam Pasternack's and Alla Pasternack's Motions to Dismiss be granted.

Dated this 21st day of December, 2008.

_____
Mary H. Murguia
United States District Judge